# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00396-CV

**K. D., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 267,636-B, HONORABLE CHARLES H. VAN ORDEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant K.D. has filed a motion to dismiss her appeal, which arises out of a suit affecting the parent-child relationship. In the motion, K.D. represents that she and the father of the child subject to the suit have entered into an agreement concerning child support, the subject matter of this appeal. Further, according to K.D., the parties to the suit have entered into an agreed final judgment that incorporates the child-support agreement, disposes of all the issues in the case, and has been signed by all the parties. A copy of the agreed final judgment, which K.D. attached to her motion to dismiss, confirms K.D.'s assertions. We grant K.D.'s motion and dismiss the appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed:   August 28, 2015